# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STAND UP FOR CALIFORNIA!,**<br>7911 Logan Lane, Penryn, California 95663;<br><br>**RANDALL BRANNON,**<br>26171 Valerie Avenue, Madera, California 93638;<br><br>**MADERA MINISTERIAL ASSOCIATION,**<br>17755 Road 26, Madera, California 93638;<br><br>**SUSAN STJERNE,**<br>24349 Tropical Drive,<br>Madera, California 93638;<br><br>**FIRST ASSEMBLY OF GOD – MADERA,**<br>22444 Avenue 18 ½, Madera, California 93637; and<br><br>**DENNIS SYLVESTER,**<br>18355 Road 25,<br>Madera, California 93638,<br><br>    Plaintiffs,<br><br>    v. | **CASE NO. 2:16-CV-02681-AWI-EPG**<br><br>**ORDER RELATING AND REASSIGNING CASE** |

1

| | |
|---|---|
| 1 | **UNITED STATES DEPARTMENT OF THE INTERIOR**, 1849 C Street, N.W., Washington, D.C. 20240; |
| 2 | |
| 3 | |
| 4 | **SARAH MARGARET ROFFEY JEWELL**, in her official capacity as Secretary, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240; |
| 5 | |
| 6 | |
| 7 | **BUREAU OF INDIAN AFFAIRS**, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240; |
| 8 | |
| 9 | **LAWRENCE ROBERTS**, in his official capacity as Principal Deputy Assistant Secretary, Bureau of Indian Affairs, U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240, |
| 10 | |
| 11 | |
| 12 | Defendants. |

On November 11, 2016, Plaintiffs Stand Up for California!, Randall Brannon, Madera Ministerial Association, Susan Stjerne, First Assembly of God-Madera, and Dennis Sylvester ("Plaintiffs") filed an action against the United States Department of the Interior, Sarah Jewell, as Secretary of the Department of the Interior, the Bureau of Indian Affairs, and Lawrence Roberts, Assistant Secretary of the Bureau of Indian Affairs. Doc. 1. Plaintiffs filed a notice of related cases shortly thereafter, indicating their belief that the case is related to two other cases filed in this District: (1) *North Fork Rancheria of Mono Indians v. State of California*, 1:15-cv-00419-AWI-SAB (E.D. Cal., filed Mar. 17, 2015) ("*North Fork v. California*") and (2) *Picayune Rancheria v. United States Department of the Interior*, No. 16-cv-950-AWI-EPG (E.D. Cal., filed July 1, 2016) ("*Picayune v. Dept. of Interior*").

Local Rules provide that when a "Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself." Local Rule 123(c). The above-entitled action appears to involve similar questions of fact and law as *North Fork v. California* and *Picayune v. Dept. of Interior*. Specifically, Plaintiffs seek relief that largely

overlaps with the relief sought in *Picayune v. Dept. of Interior*, namely, preventing Class III gaming on the approximately 305-acre plot of land in Madera, California, held in trust by the United States for the North Fork Rancheria of Mono Indians ("the Madera Parcel"). Assignment to the same judge is likely to effect a substantial savings of judicial effort.  See Local Rule 123(a)(3). Because the undersigned is assigned the lowest numbered related case, the above-entitled case will be reassigned from the dockets of District Judge Willaim B. Shubb and Magistrate Judge Kendall J. Newman to the dockets of Senior District Judge Anthony Ishii and referred to Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:   January 12, 2017

SENIOR  DISTRICT  JUDGE