UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 2:16-cv-02681-AWI-EPG <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** <br><br> (ECF No. 15) |

Based on the Stipulation between the parties (ECF No. 15), the Court grants Defendants United States Department of the Interior; the Secretary of the Interior, the Assistant Secretary-Indian Affairs; and the Bureau of Indian Affairs (the "Federal Defendants") an extension of time to file their response to the First Amended Complaint. The Federal Defendants shall file their response no later than **February 15, 2017**.

IT IS SO ORDERED.

Dated:   **February 3, 2017**                     /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE