# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | CASE NO. 2:16-cv-02681-AWI-EPG<br><br>**ORDER SETTING BRIEFING SCHEDULE SUBJECT TO RECEIPT OF FORMAL MANDATE** |

On June 29, 2020, the parties participated in a telephonic status conference. Plaintiffs' counsel Sean Sherlock, federal Defendants' counsels Steven Miskinis and JoAnn Kintz, and Intervenor Defendant's counsel Danielle Spinelli appeared telephonically. For the reasons stated on the record, and subject to the Ninth Circuit issuing a formal mandate before August 1, 2020, the briefing schedule in this action shall be as follows:

| Date | Event |
|---|---|
| August 31, 2020 | Plaintiffs shall file their renewed motion for summary judgment. |
| September 30, 2020 | The federal defendants and intervenor defendant North Fork Rancheria of Mono Indians ("North Fork") shall each file renewed combined cross-motions for summary judgment and oppositions to plaintiffs' |

1

| | |
|---|---|
| | motion. |
| October 30, 2020 | Plaintiffs shall file their combined reply in support of their renewed motion for summary judgment and opposition to the cross-motions filed by the federal defendants and North Fork. |
| November 30, 2020 | The federal defendants and North Fork shall each file their replies in support of their renewed cross-motions. |

The parties have agreed to waive a statement of undisputed facts. In their briefing, the parties shall either: (1) make clear references to the parts of the administrative record upon which they rely or (2) create a separate statement of undisputed facts that contains only references to the administrative record.

This order will be of no effect if the Ninth Circuit does not issue a formal mandate by August 1, 2020.

IT IS SO ORDERED.

    Dated:   **July 6, 2020**                           /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE