1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   STAND UP FOR CALIFORNIA!, et al.,          No.  2:16-cv-02681-AWI-EPG
12                Plaintiffs,
13        v.                                     ORDER CONCERNING BRIEFING
                                                 SCHEDULE
14   UNITED STATES DEPARTMENT OF
     THE INTERIOR, et al.,
15
16                Defendants.

17          On July 6, 2020, the Court ordered a briefing schedule and noted it would be of no effect

18   if the Ninth Circuit did not issue a formal mandate by August 1, 2020. (ECF No. 70). The Ninth

19   Circuit issued a formal mandate on July 20, 2020. (ECF No. 71).

20          Therefore, it is HEREBY ORDERED that the briefing schedule set forth in the Court's

21   July 7, 2020 order (ECF No. 70) shall be the order for the schedule going forward.

22
     IT IS SO ORDERED.
23

24      Dated:   **July 23, 2020**              /s/  _Erica P. Grosjean_
25                                              UNITED STATES MAGISTRATE JUDGE

26
27
28
                                                 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28