UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAND UP FOR CALIFORNIA!, et al.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants.<br><br>And<br>NORTH FORK RANCHERIA OF MONO INDIANS,<br><br>Intervenor Defendants | No. 2:16-cv-02681-AWI-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 75) |

On September 11, 2020, Defendants United States Department of the Interior, the Secretary of the Interior, the Assistant Secretary-Indian Affairs, and the Bureau of Indian Affairs ("Federal Defendants") filed an unopposed motion for extension of time for the Federal Defendants and Defendant-Intervenor North Fork Rancheria of Mono Indians to file their respective Combined Renewed Cross-Motions for Summary Judgment and Oppositions to Stand Up for California!'s Renewed Motion for Summary Judgment from September 30, 2020 to October 30, 2020. (ECF No. 75).

Finding good cause, the Court GRANTS Federal Defendants' motion.

///

Accordingly, it is HEREBY ORDERED that:

1. Federal Defendants and defendant-intervenor shall have until October 30, 2020 to file their respective combined renewed cross-motions for summary judgment and oppositions to plaintiffs' renewed motion for summary judgment.

2. Plaintiffs shall have until December 7, 2020 to file their combined reply in support of their cross-motion for summary judgment and opposition to defendants' and defendant intervenor's cross-motions for summary judgment.

3. Federal Defendants and defendant-intervenor shall have until January 7, 2021 to file their replies in support of their cross-motions for summary judgment.

IT IS SO ORDERED.

Dated:  **September 14, 2020**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2